*UNITED STATES BANKRUPTCY COURT*
DISTRICT OF RHODE ISLAND

---

In Re: Laura Perez

Debtor(s)

BK No. 1:17–bk–10014

Chapter 13

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE MISSING DOCUMENT(S)

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed, issued on 01/06/2017 , and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, or to file a request for relief pursuant to R.I. LBR 1017–2(b), it is hereby ORDERED that the within case be and is **DISMISSED.**

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/24/17**

Entered on Docket: **1/24/17**
Document Number: **11 – 6**

172m.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*